UNITED STATES BANRUPTCY COURT
SOUTHER DISTRICT OF OHIO - WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 09-17496-BP |
| STACY, JUSTIN VERGIL | : | Chapter 7 |
| STACY, JENNA RENEE | : | |
| Debtor(s) | : | Judge Perlman |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**

TO THE CLERK OF THE COURT:

The attached check in the amount of $0.51 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| PFW Professional Services Corp.<br>P. O. Box 70<br>Hillsboro, OH   45133 | 7 | 0.51 |
| Total Small Dividends 25.00 or under | | |
| 0.51 | | |

Dated: October 14, 2010            /s/ Thomas J. Geygan, Sr.
                                                    THOMAS J. GEYGAN, SR., TRUSTEE

cc: U.S. Trustee